UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              Case No. 8:12-cr-66-T-33TGW

HERCULES WASHINGTON and SHAUN
MICHAEL GONZALEZ
_____/

## ORDER

This matter is before the Court *sua sponte*. While working as an Assistant United States Attorney, the undersigned prosecuted a case against defendant Hercules Washington. To avoid even the appearance of impropriety, the undersigned recuses herself from this matter pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The undersigned is recused from this case.

(2)  The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of February, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record